IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

**1) LORNA YEAMPIERRE ADORNO**
2) GLADYS ROSARIO SANTEL
3) TERESA FERNANDEZ-MALDONADO
Defendants

CRIMINAL 07-0216CCC

# O R D E R

Having considered the Report and Recommendation filed on June 8, 2007 **(docket entry 20)** on a Rule 11 proceeding of co-defendant Lorna Yeampierre-Adorno held before Magistrate Judge Camille Velez-Rive on May 30, 2007, to which no opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of co-defendant Lorna Yeampierre-Adorno is accepted.  The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 30, 2007.  The **sentencing hearing is set for August 30, 2007 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on June 13, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge